UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOHN J. O'BRIEN, )<br>ELIZABETH TAVARES, and )<br>WILLIAM H. BURKE, III, )<br>)<br>Defendants. ) | Criminal No. 12-40026-FDS |

GOVERNMENT'S OPPOSITION TO DEFENDANT
O'BRIEN'S MOTION TO CONTINUE

The defendant O'Brien moves to continue the currently scheduled July 9, 2012 status conference because counsel Sinnis "will be out of state on a family vacation." For the reasons set forth below, the government opposes this request.

On May 4, 2012, then Magistrate Judge Hillman held an initial status conference in this matter. At that time the defendants requested a significant delay to review discovery in this matter. Judge Hillman allowed a continuance in excess of sixty days to accommodate the defendants' request and scheduled July 10, 2012 for the next status conference. This date was reset to July 9, 2012 when this matter was reassigned to Magistrate Judge Sorokin.

Attorney Sinnis has attempted to determine a mutually agreeable date with his co-counsel, apparently to no avail. Attorney William Fick has also entered an appearance in this matter on behalf of the defendant O'Brien. Attorney Fick may appear at the July 9, 2012 status conference. Attorney Sinnis may also participate by telephone.

Rather than further delay these proceedings at a difficult time of year due to the

unavailability of counsel, the government respectfully requests that the defendant's motion be denied and that the July 9, 2012 status conference be held as previously scheduled.

           Respectfully submitted,

           CARMEN M. ORTIZ
           United States Attorney

By:    /s/ Fred Wyshak
       Fred Wyshak

       /s/ Robert Fisher
       Robert Fisher

       /s/ Karin M. Bell
       Karin M. Bell

       Assistant U.S. Attorneys
       U. S. Attorney's Office
       Donohue Federal Bldg, Room 206
       595 Main Street
       Worcester, MA 01608

## CERTIFICATE OF SERVICE

    I, Fred M. Wyshak, Jr., Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

           /s/ Fred Wyshak
           Fred Wyshak
           Assistant U.S. Attorney