```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA     )
                             )
        v.                   )   CRIMINAL NO. 12-CR-40026-FDS
                             )
JOHN J. O'BRIEN              )
```

ASSENTED TO MOTION TO EXTEND TIME TO FILE MOTION TO COMPEL

Defendants through undersigned counsel hereby move to extend the time for filing any motions to compel discovery to January 16, 2013. As grounds counsel state as follows.

At the status conference held on November 2, 2012, the Court set the following deadlines: defendants' discovery letters due on November 21, 2012; the government's response by December 5, 2012, and any motions to compel discovery to be filed by December 19, 2012. As ordered, the defendants filed their discovery letter on November 21, 2012, and the government responded on December 5, 2012. Prior to filing any motions to compel, the defendants would like an opportunity to write a supplemental letter of discovery in an effort to narrow the outstanding discovery issues and seek clarification regarding some of the government's responses. It is hoped that this process will streamline the outstanding discovery issues that would require the Court's attention. The defendants will file such a letter by December 21, 2012, and the government has indicated that it would respond by January 9, 2013. Should outstanding discovery issues remain, defendants would file any motions to compel by January 16, 2013.

Accordingly, defendants request an extension of time to January 16, 2013, by which they must file any motions to compel discovery.

Counsel for Mr. O'Brien has spoken to counsel for the government and they assent to this motion.

JOHN J. O'BRIEN
By his attorney,

/s/ Stylianus Sinnis
Stylianus Sinnis
  BBO# 560148
Federal Defender Office
51 Sleeper St., 5th Floor
Boston, MA  02210
Tel: 617-223-8061

ELIZABETH V. TAVARES
By her attorney

/s/ R. Bradford Bailey
R. Bradford Bailey


WILLIAM H. BURKE
By his attorney

/s/ John Amabile
John Amabile

CERTIFICATE OF SERVICE

    I, Stylianus Sinnis, do hereby certify that this document has been filed electronically and that it will be served electronically to registered ECF participants as identified on the Notice of Electronic Filing (NEF) and by sending paper copies to non-registered participants all on December 19, 2012.

/s/Stylianus Sinnis
Stylianus Sinnis
