UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA           ]
                                   ]
        v.                         ]
                                   ]
JOHN J. O'BRIEN, ET AL.            ] Criminal No. 12-CR-40026-FDS


        ASSENTED TO MOTION TO EXTEND TIME TO FILE RESPONSE

    The United States respectfully moves this Court for an Order extending the time for filing a response to the defendants' Motion to Compel Discovery to February 4, 2013. As grounds therefore counsel state as follows:

    On January 18, 2013 the defendants filed a 28-page Motion to Compel Discovery. This particular motion contains over forty independent requests for additional discovery. In fact, the further discovery requests are so voluminous that the defendants felt compelled to compile a summary chart of their requests and attach the chart to the motion.

    Accordingly, due to the volume of the defendants' requests, the United States requests an extension of time to February 4, 2013, by which time it must file a response to the defendants' Motion to Compel Discovery.

Counsel for the defendants have assented to this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Robert A. Fisher
ROBERT A. FISHER
Assistant U.S. Attorney

January 31, 2013

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Robert A. Fisher
Robert A. Fisher
Assistant United States Attorney