IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN J. O'BRIEN, ET AL. | No. 12-CR-40026-FDS |

O'BRIEN'S MOTION FOR SEVERANCE

The defendant, John J. O'Brien, respectfully moves pursuant to Fed. R. Crim. P. 14(a) to sever his trial in the above-captioned case from that of the codefendants Elizabeth V. Tavares and William H. Burke, III. As grounds, O'Brien states that he would be prejudiced by a joint trial and severance is necessary because the introduction of his codefendants' statements at a joint trial would compromise his Sixth Amendment rights and prevent the jury from reaching a reliable verdict.

Respectfully submitted,

JOHN J. O'OBRIEN
by his attorneys

 /s/ Stylianus Sinnis
Stylianus Sinnis, Esq.
William W. Fick, Esq.
Christine DeMaso, Esq.
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 30, 2013.

/s/ Stylianus Sinnis