IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN J. O'BRIEN, ET AL. | No. 12-CR-40026-FDS |

## MOTION TO CONTINUE TRIAL

Defendants, John O'Brien, William Burke, and Elizabeth Tavares respectfully move this Court to continue the trial until a date on or after April 28, 2014. Undersigned counsel bring this motion with extreme reluctance. However, in light of recent developments, a substantial continuance is necessary in order for counsel to provide effective assistance to their respective clients. Specifically, a continuance is required for the following reasons:

First, on December 20, 2013, the government produced over 7,000 pages of *Jencks* material (including FBI 302s and grand jury transcripts) from over 100 witnesses that it anticipates calling at trial. By itself, the task of reviewing and digesting this material in order to make effective use of it would require a continuance. Glaringly, moreover, the statements and transcripts that were provided are of limited use because the government has not yet produced the documents and/or exhibits that were shown to and/or provided by the witnesses, which provide critical context and content to their statements. Without this information, the defendants are left to guess whether or not these documents were included in the vast prior disclosures and how to identify the documents accurately and efficiently if they were, in fact, produced.

Second, as noted in the separate Motion to Compel Production of Exculpatory Information and for Order to Show Cause Why the Government Should Not be Sanctioned for *Brady* Violations [dkt # 209] and the Motion to Compel Compliance With Discovery Orders [dkt

# 208], the government has failed to make timely production of exculpatory information as required under *Brady* and the Local Rules.  Additional time is required not only to digest the exculpatory information that the defense continues to uncover in the December 20 Jencks production, but to pursue lines of investigation suggested by this information and to assure production of other exculpatory information that the government is likely continuing to withhold.

Third, as the defense will detail in a separate, soon-to-be filed motion, the government is refusing, even at this late date, to establish the parameters of the trial so that counsel can adequately prepare and file relevant motions *in limine*.  On December 23, 2013, the government filed a "notice" [dkt #207] stating that it intended to introduce evidence of uncharged "acts of misconduct," but refusing to identify the evidence it plans to introduce or the uncharged "misconduct" it wishes to prove on the basis that the acts are "inextricably intertwined with the charged conspiracy."  This leaves counsel unable to determine the scope of the trial and to adequately prepare or file motions *in limine*.  Whether or not Rule 404(b) is technically implicated, the Court nevertheless will have to determine whether such acts are, in fact, "inextricably intertwined" with the charged conspiracy and whether the evidence is more probative than prejudicial under Rule 403.  These issues cannot be litigated in an orderly manner (much less adequately investigated by the defense) unless the defense knows what alleged "other acts" the government intends to introduce.  The government's suggestion that the defense already has effective notice of the "other acts" simply because the information is contained in the hundreds of thousands of pages of documents made available to the defense is laughable.

For the foregoing reasons, counsel respectfully requests a continuance of the trial until a date on or after April 28, 2013.

Respectfully submitted,

JOHN J. O'OBRIEN
by his attorneys

/s/ William Fick
Stylianus Sinnis, Esq.
William W. Fick, Esq.
Christine DeMaso, Esq.
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
STELLIO_SINNIS@FD.ORG
WILLIAM_FICK@FD.ORG
CHRISTINE_DEMASO@FD.ORG

ELIZABETH V. TAVARES
by her attorney,

/s/ R. Bradford Bailey
R. Bradford Bailey, Esq.

WILLIAM H. BURKE, III
by his attorney,

/s/ John Amabile
John Amabile, Esq.

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 8, 2014.

/s/ William Fick