UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 12-40026-FDS |
| | ) | |
| JOHN J. O'BRIEN, | ) | |
| ELIZABETH V. TAVARES, and | ) | |
| WILLIAM H. BURKE, III, | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S NOTICE OF INTENT IN RESPONSE TO THE COURT'S ORDER REGARDING A HEARING ON THE DEFENDANTS' MOTION FOR RECUSAL**

The United States respectfully states that it does not intend to call Paul F. Ware, Jr., Kevin P. Martin, or any other current or former attorney from Goodwin Procter LLP, as a witness in its case-in-chief.

          Respectfully submitted,

          CARMEN M. ORTIZ
          United States Attorney

By:   /s/ Fred M. Wyshak, Jr.
       Fred M. Wyshak, Jr.
       Assistant U.S. Attorney

       /s/ Karin M. Bell
       Karin M. Bell
       Assistant U.S. Attorney

       /s/ Robert A. Fisher
       Robert A. Fisher
       Assistant U.S. Attorney

Date:   January 21, 2014

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                            /s/ Robert A. Fisher
                                            Robert A. Fisher
                                            Assistant United States Attorney

Date:   January 21, 2014