UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 12-40026-FDS |
| JOHN J. O'BRIEN, ELIZABETH V. TAVARES, and WILLIAM H. BURKE, III, | ) ) ) ) ) | |
| Defendants. | ) | |

GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

The government proposes that, in addition to those questions routinely asked of prospective jurors by the Court, the following questions be asked.

1. The indictment in the case contains allegations that the defendants, public officials in the Massachusetts Probation Department, engaged in a rigged hiring system that favored politically sponsored candidates over more qualified candidates for jobs in the Probation Department.  The indictment further alleges that, in executing the above scheme, the defendants violated certain laws such as the federal mail fraud statute and state laws prohibiting bribery and illegal gratuities.

    a. Do any jurors have any opinions regarding political influence in government hiring?

    b. Do any such opinions cause any of you to be uncertain as to whether you can be fair and impartial?

    c. Have any jurors, their immediate family members or their close friends ever been employed by the Commonwealth of Massachusetts?

        i. If so, in what capacity?
        ii. When and where?

1

      d. Have any jurors, their immediate family members or their close friends ever been employed by or volunteered to work for a member of the state legislature?

      e. Have any jurors, their immediate family members or their close friends ever sought assistance from a public official in obtaining employment with the Commonwealth or a private employer?

          i. If so, what were the circumstances?
          ii. Was he or she successful in gaining that employment?

      f. Have any jurors, their immediate family members or their close friends ever applied and failed to obtain employment with the Commonwealth?

      g. Has any juror read any media articles or watched any televised reports about this case?   If so, have you formed any opinions about the case?

2. Several witnesses in this case have received immunity.   Will the fact that a witness has received immunity cause you to automatically disregard the testimony of the witness?   Can you fairly and impartially evaluate the testimony of a witness who has received immunity?

3. Several witnesses in this case have participated in the criminal activity alleged in the indictment.   Will the fact that a witness has been involved in the criminal activity alleged in the indictment cause you to automatically disregard the testimony of the witness?   Can you fairly and impartially evaluate the testimony of a witness who has participated in the criminal activity alleged in the indictment?

4. The United States of America is one of the litigants in this trial.   You will hear the United States referred to throughout the trial as "the government."

      a. Have you, or any member of your immediate family, or anyone with whom you are close ever engaged in litigation with the federal government, that is, ever filed a claim, a complaint, or a lawsuit against the United States or any of its agencies, officers, or employees, or answered some charge or claim made against you by the federal government?   [If answered "yes":   Please describe.]

      b. Have you, or any member of your immediate family, or anyone with whom you are close ever had any other dealings with the federal government or any of its agencies, officers, or employees that left you with negative feelings about the government or agency?   [If answered "yes":   Please describe.]

      c.    Are you aware of any prejudice that you may have against the government, or any negative experience with the government that would in any way impair your ability to evaluate and judge fairly and impartially the facts of this case?

5. There may be testimony in this trial by one or more federal investigators who work for the Federal Bureau of Investigation (FBI).

    a. Have you, or any member of your immediate family, or anyone with whom you are close ever had involvement of any sort with the FBI?   [If answered "yes":   Please describe.]

    b. Have you, or any member of your immediate family, or anyone with whom you are close ever filed a lawsuit, a complaint, or a claim of any kind against any police or other law enforcement officer?   [If answered "yes":   Please describe.]

    c. Are you aware of any prejudice that you may have against the FBI, or any negative experience with the FBI or any other police department that would in any way impair your ability to evaluate and judge fairly and impartially the facts of this case?

6. Have you, or any member of your immediate family, or anyone with whom you are close ever been arrested, or ever answered charges in a criminal proceeding? [If answered "yes":   Please describe.]

7. Have you, or any member of your immediate family, or anyone with whom you are close ever been placed on either state or federal probation as part of a disposition in a criminal proceeding?   [If answered "yes":   Please describe.]

8. Do you believe that an FBI agent, or other law enforcement officer is more or less likely to tell the truth than an ordinary citizen?

9. As we have discussed, some of the witnesses in this case may be members of federal and state law enforcement.   Has anybody ever had a negative experience with a police officer or any other law enforcement officer that may cause you to be unable to fairly and impartially evaluate the testimony of the law enforcement witnesses in this case?

10. Will you follow my instructions about the law, even if you disagree with them?

11. Are there any reasons why you might not be able to be a fair and impartial juror in this case?

                                              Respectfully submitted,

                                              CARMEN M. ORTIZ
                                              United States Attorney

By:    /s/ Fred M. Wyshak, Jr.
        Fred M. Wyshak, Jr.
        Robert A. Fisher
        Karin M. Bell
        Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I, Fred M. Wyshak, Jr., Assistant United States Attorney, do hereby certify that this document was filed on January 23, 2014 through the ECF system which sends copies electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

                                              /s/ Fred M. Wyshak, Jr.
                                              Fred M. Wyshak, Jr.
                                              Assistant U.S. Attorney