**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br><br>     **v.**                                         )           **NO. 12-CR-40026-FDS**<br><br>**JOHN J. O'BRIEN, ET AL.**          ) | |

**DEFENDANT TAVARES'S MOTION TO JOIN**
**PROPOSED JURY QUESTIONNAIRE**

Defendant Elizabeth Tavares, by and through undersigned counsel, hereby respectfully requests to join in the defendant John O'Brien's request for proposed jury questionnaire, filed January 23, 2014.


Dated: January 24, 2014                    Respectfully submitted,

                                                            ELIZABETH TAVARES
                                                            By and through her attorneys,


                                                            /s/ R. Bradford Bailey
                                                            R. Bradford Bailey, BBO#549749
                                                            Jeffrey A. Denner, BBO#120520
                                                            DENNER♦PELLEGRINO, LLP
                                                            Four Longfellow Place, 35th Floor
                                                            Boston, Massachusetts 02114
                                                            Tel.     617.227.2800


CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing [NEF] and paper copies will be sent to those indicated as non-registered participants.

/s/ R. Bradford Bailey