IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN J. O'BRIEN, ET AL. | No. 12-CR-40026-FDS |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE FURTHER RECUSAL BRIEFING**

Defendants respectfully request one additional week, through and including February 14, 2014, in which to file their brief on further recusal issues. The government does not object to this request. As grounds therefor, the Court's Memorandum and Order issued today [dkt # 261] contains legal analysis that bears on the remaining recusal issues and the admissibility of testimony that may give rise to recusal. Accordingly, it will promote judicial economy for the defendants to incorporate and respond to the Court's legal analysis in their anticipated filing.

        Respectfully submitted,

        JOHN J. O'OBRIEN
        by his attorneys

        /s/ William Fick
        Stylianus Sinnis, Esq.
        William W. Fick, Esq.
        Christine DeMaso, Esq.
        FEDERAL PUBLIC DEFENDER OFFICE
        51 Sleeper Street, 5th Floor
        Boston, MA 02210
        617-223-8061
        STELLIO_SINNIS@FD.ORG
        WILLIAM_FICK@FD.ORG
        CHRISTINE_DEMASO@FD.ORG

        ELIZABETH V. TAVARES
        by her attorney,

        /s/ R. Bradford Bailey
        R. Bradford Bailey, Esq.

        WILLIAM H. BURKE, III
        by his attorney,

        /s/ John Amabile
        John Amabile, Esq.

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 6, 2014.

        /s/ William Fick