**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|
**UNITED STATES OF AMERICA**          |
                                       |
**v.**                                 |          **No. 12-CR-40026-FDS**
                                       |
**JOHN J. O'BRIEN, ET AL.**            |
                                       |

**DEFENDANT TAVARES'S MOTION TO JOIN, IN PART,**
**DEFENDANTS' O'BRIEN'S AND BURKE'S**
**RENEWED MOTION TO RECUSE**

Defendant Elizabeth Tavares, by and through undersigned counsel, hereby respectfully requests to join, in part, in defendants' John O'Brien's and William Burke's renewed motion to recuse Judge F. Dennis Saylor, IV, pursuant to 28 U.S.C. § 455(a) and the Fifth Amendment to the Constitution, but solely as to the issues they raise, and arguments they make, regarding the relationship between this Honorable Court and planned defense witness Judge Timothy S. Hillman.   In joining in part, defendant Tavares reiterates that because Judge Hillman was a percipient witness to the events alleged by the government and is tied for sixth most frequent recommender of Probation jobs in comparison to the list compiled in the Ware Report, he is clearly connected to this case.   Moreover, even though defendant Tavares agrees that § 455(a) does not require any analysis regarding relevance and admissibility of the prospective testimony, she specifically avers that Judge Hillman has relevant, non-cumulative testimony that will rebut specific allegations in the indictment.   Given this Honorable Court's stated relationship with Hillman, whom is an important defense witness to the case at bar, as "a friend as well as a

colleague," recusal is required because these circumstances, at the very least, create an *appearance* of partiality.


Dated: February 14, 2014                    Respectfully submitted,

                                            ELIZABETH TAVARES
                                            By and through her attorneys,


                                             /s/ *R. Bradford Bailey*
                                            R. Bradford Bailey, BBO#549749
                                            Jeffrey A. Denner, BBO#120520
                                            Four Longfellow Place, 35th Floor
                                            Boston, Massachusetts 02114
                                            Tel. 617.227.2800
                                            Fax 617.973.1562
                                            bbailey@dennerlaw.com
                                            jdenner@dennerlaw.com


<u>CERTIFICATE OF SERVICE</u>

       I, R. Bradford Bailey, hereby certify that on this the 14th day of February, 2014, I caused the foregoing *Motion to Join, In Part, Defendants' O'Brien's And Burke's Renewed Motion To Recuse* to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

                                            /s/ *R. Bradford Bailey*
                                            R. Bradford Bailey