UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) ) v. ) ) JOHN J. O'BRIEN, ) ELIZABETH V. TAVARES, and ) WILLIAM H. BURKE, III, ) ) Defendants. ) ) | Criminal No. 12-40026-FDS |

## ORDER ON DEFENDANTS' MOTION TO PRODUCE AUDIO RECORDINGS

**SAYLOR, J.**

The motion of defendants O'Brien and Burke to obtain copies of the official court reporter's recordings of the hearings on January 24 and February 24, 2014, and to place those recordings on the docket, is DENIED. The backup recordings are the personal property of the court reporter, and with limited exceptions are neither public property nor public records. Furthermore, because the apparent purpose of the motion was to support defendants' renewed motion to recuse, the issue is now moot.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated:  March 6, 2014